No. 17–0357/AF. U.S. v. Daniel V. Roblero. CCA 38874. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 8, 2017.

No. 17–0360/AF. U.S. v. Donald W. Cox. CCA 38885. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 8, 2017.

Thursday, April 20, 2017

No. 17–0265/CG. U.S. v. Colby C. Bailey. CCA 1428. On consideration of the petition for grant of review of the decision of the United States Coast Guard Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. UPON REQUEST BY THE DEFENSE COUNSEL AND USING A DEFENSE–DRAFTED INSTRUCTION, SHOULD THE MILITARY JUDGE HAVE PROVIDED THE MEMBERS WITH AN EXPLANATION OF THE TERM "INCAPABLE"?

II. WHETHER THE DECISION OF THE UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS IS AMBIGUOUS AS TO WHETHER THE AFFIRMED SENTENCE INCLUDED FORFEITURE OF ALL PAY AND ALLOWANCES.

Briefs will be filed under Rule 25 on Issue I only.

Friday, April 21, 2017

